# Court of Appeals
# of the State of Georgia

ATLANTA, May 11, 2021

*The Court of Appeals hereby passes the following order*

## A21D0300. ALLSTAR REMODELING, LLC et al. v. JORGE LUIS ARELLANO-MORALES et al. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21A002251



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, May 11, 2021.

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.